CO 538
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                                              Civil Action No. _____

_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

  I hereby certify under penalty of perjury, this _____ day of _____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _____ was [were] (select one):

  ❏ personally served with process on _____.

  ❏ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

  ❏ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

  ❏ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

  I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
  ❏ no extension has been given and the time for filing has expired
  ❏ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

  The Clerk is requested to enter a Default against said defendant(s).

                  _____
                  **Attorney for Plaintiff(s) [signature]**
                  _____
                  _____
                  _____
                  _____
_____          _____
Bar Id. Number               **Name, Address and Telephone Number**