Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION
CENTER
_____
         Plaintiff(s)

Civil Action: 15-cv-01955-TSC
_____

  v.


DEPARTMENT OF JUSTICE
_____
         Defendant(s)


**RE:** DEFENDANT: DEPARTMENT OF JUSTICE


## DEFAULT

      It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though

duly served  with summons and copy of the complaint     on      11/61/15     , and an affidavit

on behalf of the plaintiff having been filed, it is this  6th  day of _____January_____,  2015  declared that

defendant(s) is/are in default.


ANGELA D. CAESAR, Clerk



By: _____
                      Deputy Clerk