*EPIC v. DOJ*, No. 15-cv-01955-TSC
Plaintiff's Motion for Default Judgment

# Exhibit B



**United States Department of State**

*Washington, D.C. 20520*

OCT 7 2015

Case No. F-2015-13950

Ms. Fanny Hidvegi
Electronic Privacy Information Center
1718 Connecticut Avenue NW, Suite 200
Washington, DC 20009

Dear Ms. Hidvegi:

I refer to your letter dated September 10, 2015 for certain Department of State material under the Freedom of Information Act (Title 5 USC Section 552).

Please be advised that this office consulted with the Department of Justice, Criminal Division (DOJ/CRM) regarding your request and DOJ/CRM determined that they will handle the request. As such, your request has been referred to DOJ/CRM for their action and direct response to you.

If you have any questions, you may write to the Office of Information Programs and Services, SA-2, Department of State, Washington, DC 20522-8100, or telephone us at (202) 261-8484. Please be sure to refer to the case number shown above in all correspondence about this case.

Sincerely,

Jeanne Miller for
John F. Hackett, Director
Office of Information Programs and Services