*EPIC v. DOJ*, No. 15-cv-01955-TSC
Plaintiff's Motion for Default Judgment

# Exhibit C

**U.S. Department of Homeland Security**
Washington, D.C. 20528



*Privacy Office, Mail Stop 0655*

October 7, 2015

**SENT VIA EMAIL TO: FOIA@EPIC.ORG**

John Tran
FOIA Counsel
EPIC
1718 Connecticut Ave. NW
Suite 200
Washington, DC 20009

Re: **2015-HQFO-00690**

Dear Mr. Tran:

This is a response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Privacy Office, dated and received in this office on September 10, 2015.  You requested the EU-US Umbrella Agreement on the data protection framework for EU-US law enforcement cooperation.

During our search for responsive records, our office located one document responsive to your request which falls under the purview of the Department of Justice (DOJ).  Therefore, I am transferring your request, along with the document, to the FOIA Office within DOJ for processing and direct response to you.  The DOJ FOIA contact is below:

> Kenneth Courter
> Department of Justice
> Chief, FOIA/PA Unit, Suite 1127
> Keeney Building, NW
> Washington, DC 20530-0001
> Phone: 202-616-0307
> Email: crm.foia@usdoj.gov

If you need to contact our office again about this matter, please refer to **2015-HQFO-00690**.  You may contact this office at 1-866-431-0486 or 202-343-1743.

Sincerely,

*Jimmy Wolfrey*

Jimmy Wolfrey
FOIA Production Manager