*EPIC v. DOJ*, No. 15-cv-01955-TSC
Plaintiff's Motion for Default Judgment

# Exhibit D



**U.S. Department of Justice**

Criminal Division

_Office of Enforcement Operations_                    _Washington, D.C. 20530_

October 8, 2015

**VIA Electronic Delivery**

John Tran, Esq.
EPIC
Suite 200
1718 Connecticut Avenue, NW
Washington, DC  20009                    CRM-300499975
tran@epic.org                            CPS:NA

Dear Mr. Tran:

     The Criminal Division acknowledges receipt of your Freedom of Information Act request dated September 10, 2015.  In that request, you asked for access to a copy of the European Union-United States Umbrella Data Protection Agreement.  Because your request was directed to the Justice Management Division, Mail Referral Unit (MRU) for appropriate routing, the MRU routed your request to the Office of Information Policy (OIP).  The OIP then routed your request to this Office, which received it on October 7, 2015.  Your request has been assigned file number CRM-300499975.  You should refer to this number in any future correspondence with this office.

     You have requested expedited processing of your request pursuant to the Department's standard permitting expedition for requests involving "[a]n urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information." Production or Disclosure of Material or Information, 80 Fed. Reg. 18099, 18108 (Apr. 3, 2015) (to be codified at 28 C.F.R. pt. 16.5(e)(1)(ii)).  Based on the information you have provided, I have determined that your request for expedited processing under this standard should be denied.  This Office cannot identify a particular urgency to inform the public about an actual or alleged federal government activity beyond the public's right to know about government activities generally.

     The records you seek require a search in another Office, and so your request falls within "unusual circumstances."  <u>See</u> 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute.  We have not yet completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located.  For your information, this Office assigns incoming requests to one of three tracks:  simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer.  At this

Case 1:15-cv-01955-TSC   Document 14-5   Filed 01/06/16   Page 3 of 3

2

time, your request has been assigned to the complex track. You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

We have not yet made a decision on your request for a fee waiver or preferred fee status. We will do so after we determine whether the processing of your request will result in any assessable fees.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me by telephone at (202) 616-0307, or you may write to me at the Criminal Division, U.S. Department of Justice, Suite 1127, Keeney Building, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

Sincerely,

Cynthia Summerfelt (for)

Kenneth Courter
Chief
FOIA/PA Unit