**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

ELECTRONIC PRIVACY INFORMATION      )
CENTER,                             )
                                    )
         v.                         )
                                    )   **Case No. 15-cv-1955 (TSC)**
UNITED STATES DEPARTMENT OF         )
     JUSTICE,                       )
                                    )
         Defendant.                 )
_____)


## **ORDER**

Upon consideration of the Joint Motion to Vacate Default and Adjourn Status Conference,

and the entire record herein, it is this _____day of _____ 2016,

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the January 6, 2016 entry of default by the Clerk is vacated

and Plaintiff's motion for default judgment is denied as moot; and it is

**FURTHER ORDERED** that the status conference scheduled for February 1, 2016 is

adjourned.

**SO ORDERED.**

_____
United States District Judge