

**U.S. Department of Justice**

Criminal Division

---

*Office of Enforcement Operations*                              *Washington, D.C. 20530*

January 25, 2016

**VIA Electronic Delivery**

Mr. John Tran
EPIC FOIA Counsel
Coordinator, EPIC Open Government Project
Electronic Privacy Information Center
1718 Connecticut Avenue, NW
Washington, DC  20009                          CRM-300499975
tran@epic.org                                  PR3:GIS4

Dear Mr. Tran:

This responds to your Freedom of Information Act request dated September 10, 2015, and received in this Office on October 7, 2015, for the European Union-United States data protection "Umbrella Agreement." I note you have filed a lawsuit regarding this request, EPIC v. DOJ, 15-cv-1955 (D.D.C.).

Please be advised that a search has been conducted in the appropriate section, and one record, totaling fourteen pages, was located that is responsive to your request.

After carefully reviewing the record responsive to your request, I have determined that, as a matter of discretion, this document may be released in full.  While this record is likely subject to Exemption 5, which concerns certain inter- and intra-agency communications protected by the deliberative process privilege, given the fact that the European Commission has provided you with a copy of the record and is making the file publicly available on its website, I have determined to release the record as a matter of discretion.

Please note that the record, which is marked "Draft for initialling," is not a final document; rather, it represents an intermediate step in negotiations between the United States and the European Union.  The agreement will not become final unless and until, following multiple additional steps, it is signed by the United States and the European Union.  The agreement will not enter into force unless and until, following such signature, notifications are exchanged between the United States and the European Union to bring it into force.

Also, please be aware that this letter serves as a response to the referrals of your request to this Office by the Department of Homeland Security (2015-HQFO-00690) and the State Department (F-2015-13950).  When referring your FOIA request to the Criminal Division, the Department of Homeland Security included a fourteen-page record for processing and a direct response to you.  That fourteen-page record is a duplicate of the record referenced above that this

Office is now releasing.  The State Department did not include any records for processing when it referred your FOIA request to the Criminal Division.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Although this matter is in litigation, I am obligated to inform you that if you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html.  Please note that OIP is in the process of transitioning from its current eFOIA portal to the portal on FOIAonline.  Please visit the link above for instructions for submitting an appeal electronically.  Your appeal must be postmarked or electronically transmitted within 60 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Amanda Marchand Jones
Acting Chief
FOIA/PA Unit

Enclosure

cc:     Jeremy Simon
        Assistant United States Attorney
        CWA Building, room E-4112
        501 3rd Street, NW
        Washington, D.C. 20001
        Jeremy.Simon@usdoj.gov