*EPIC v. DOJ*, No. 15-cv-1955 (TSC)
EPIC's Motion for Attorney's Fees and Costs

# Exhibit B

# EXHIBIT G

Supplemental Memorandum in Support of Plaintiff's
Motion for an Award of Attorneys' Fees and Costs

*Citizens for Ethics and Responsibility in Washington v. Dep't of Justice*,
Civ. No. 11-0374 (CRC)

Case 1:15-cv-01855-TSC   Document 21-3   Filed 04/04/16   Page 3 of 6
Case 1:11-cv-00374-CRC   Document 21-3   Filed 03/03/16   Page 3 of 6



# Real Rate Report 2014

The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices



CEB — WHAT THE BEST COMPANIES DO

Datacert | TyMetrix



Wolters Kluwer

# A Note on Comparability of Data

The data used for *The Real Rate Report* include more than $16.2 billion in fees billed for legal services in the United States during the seven-year period from 2007 to 2013. The data comprise fees paid by 90 companies to more than 5,600 law firms and more than 206,000 timekeepers. Table 1 provides a summary description of the US dataset.

In addition, a smaller subset of data is used to provide several analyses on non-United States legal fees. These data are from 2013, including nearly $2 million in legal fees for more than 8,000 lawyers across 103 countries.

The information is not based on surveys, sampling, or reviews of other published information but on anonymized data showing the actual hours and fees law firm personnel billed. Companies participating in this *Real Rate Report* analysis provided written consent for the use of their data. The data used to create this report exclude identifying information of participant companies and of the matters, timekeepers, and law firms billing on those companies' invoices. (For more information on the data methodology, see the Appendix.)

This dataset is large enough to provide valuable guidance and represents a statistically useful portion of the $294 billion annual US legal services business.[2] Am Law 100 firms alone had 2013 revenues of roughly $77.4 billion.[3] This dataset covers approximately 141,000 partners and associates—spread across more than 350 US metropolitan areas.

Again, this sample is large enough to have useful analytical power, but it certainly does not come close to covering all the lawyers in the United States who work for corporate clients. The United States Bureau of Labor Statistics estimates there are more than 592,000 lawyers practicing in the United States—53,100 lawyers in the New York area alone and another 41,500 in the Washington, DC, area.[4]

---

[2] Bureau of Economic Analysis, "Gross Output by Industry," 2012, http://www.bea.gov/iTable/iTable.cfm?ReqID=51&step=1 #reqid=51&step=51&isuri=1&5114=a&5102=15.
[3] Aric Press, "Am Law 100 Analysis: The Super Rich Get Richer," *The American Lawyer,* 28 April 2014, http://www.americanlawyer.com/id=1202651706887.
[4] Bureau of Labor Statistics, "Chart book: Occupational Employment and Wages," May 2013, http://www.bls.gov/oes/current/oes231011.htm.

# Appendix A: High-Level Data Cuts

| 2013—Real Rates for Partners and Associates by City and Matter Type (Excluding Insurance Defense; Continued) | | | | | | | Trend Analysis | | |
|---|---|---|---|---|---|---|---|---|---|
| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | 2013 Mean | 2012 Mean | 2011 Mean |
| Syracuse, NY | Litigation | Partner | 27 | $185.00 | $220.00 | $256.54 | $224.05 | $245.53 | $245.35 |
| | | Associate | 24 | $161.37 | $184.18 | $195.00 | $176.57 | $164.77 | $176.22 |
| | Non-Litigation | Partner | 35 | $229.43 | $294.91 | $350.00 | $291.20 | $267.39 | $267.88 |
| | | Associate | 15 | $175.00 | $196.00 | $225.00 | $202.40 | $177.77 | $173.50 |
| Tallahassee, FL | Litigation | Partner | 18 | $325.00 | $342.50 | $420.00 | $354.35 | $347.28 | $340.87 |
| | | Associate | 10 | $175.00 | $262.15 | $295.00 | $257.50 | $231.38 | $191.78 |
| | Non-Litigation | Partner | 25 | $323.97 | $375.00 | $405.00 | $379.89 | $322.54 | $317.16 |
| | | Associate | 10 | $225.00 | $270.00 | $302.29 | $291.73 | $200.86 | $224.04 |
| Tampa, FL | Litigation | Partner | 103 | $225.35 | $275.00 | $373.50 | $307.73 | $318.83 | $317.64 |
| | | Associate | 96 | $185.00 | $215.96 | $272.50 | $232.76 | $202.70 | $205.25 |
| | Non-Litigation | Partner | 107 | $295.00 | $375.00 | $445.00 | $375.95 | $366.26 | $348.06 |
| | | Associate | 69 | $205.00 | $250.00 | $280.00 | $247.36 | $234.04 | $227.61 |
| Trenton, NJ | Litigation | Partner | 39 | $327.40 | $457.32 | $550.00 | $435.79 | $430.00 | $428.08 |
| | | Associate | 42 | $180.00 | $276.09 | $395.00 | $294.04 | $284.94 | $274.18 |
| | Non-Litigation | Partner | 40 | $376.50 | $468.49 | $528.00 | $450.45 | $446.77 | $463.74 |
| | | Associate | 34 | $210.00 | $295.00 | $360.00 | $303.41 | $298.12 | $292.45 |
| Tulsa, OK | Litigation | Partner | 20 | $210.50 | $242.50 | $311.58 | $280.85 | $297.57 | $270.24 |
| | | Associate | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | Non-Litigation | Partner | 20 | $234.00 | $267.50 | $320.00 | $275.54 | $248.20 | $240.07 |
| | | Associate | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Virginia Beach, VA | Litigation | Partner | 18 | $300.00 | $329.25 | $360.00 | $343.95 | $343.18 | $349.64 |
| | | Associate | 10 | $191.94 | $212.50 | $250.00 | $228.03 | $262.09 | $234.76 |
| | Non-Litigation | Partner | 22 | $300.00 | $340.00 | $356.00 | $339.55 | $352.40 | $318.18 |
| | | Associate | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Washington, DC | Litigation | Partner | 1,022 | $550.00 | $660.00 | $765.43 | $656.77 | $644.82 | $617.06 |
| | | Associate | 961 | $325.00 | $398.90 | $495.00 | $412.19 | $401.49 | $380.80 |
| | Non-Litigation | Partner | 1,685 | $541.00 | $652.50 | $773.03 | $656.44 | $649.25 | $627.49 |
| | | Associate | 1,673 | $310.00 | $393.48 | $489.00 | $410.03 | $408.38 | $391.50 |
| Wheeling, WV | Litigation | Partner | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | | Associate | 44 | $270.00 | $316.27 | $419.00 | $333.23 | $286.35 | $276.58 |
| | Non-Litigation | Partner | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | | Associate | 70 | $264.06 | $366.86 | $428.20 | $344.79 | $302.83 | $295.93 |

# Appendix A: High-Level Data Cuts

| 2013—Real Rates for Partners by Years of Experience and City (Excluding Insurance Defense; Continued) | | | | | | Trend Analysis | | |
|---|---|---|---|---|---|---|---|---|
| City | Years of Experience | n | First Quartile | Median | Third Quartile | 2013 Mean | 2012 Mean | 2011 Mean |
| Tallahassee, FL | Less Than 21 Years | 12 | $319.50 | $342.50 | $442.27 | $359.24 | $313.69 | $301.58 |
| | 21 or More Years | 23 | $328.15 | $375.00 | $480.00 | $400.24 | $355.69 | $347.79 |
| Tampa, FL | Less Than 21 Years | 69 | $250.00 | $295.00 | $345.35 | $299.30 | $295.78 | $298.01 |
| | 21 or More Years | 75 | $275.00 | $375.77 | $450.00 | $368.04 | $375.34 | $369.68 |
| Trenton, NJ | Less Than 21 Years | 31 | $345.00 | $425.00 | $502.85 | $415.86 | $447.29 | $430.40 |
| | 21 or More Years | 28 | $387.50 | $481.42 | $590.43 | $469.84 | $424.71 | $484.67 |
| Tulsa, OK | Less Than 21 Years | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | 21 or More Years | 20 | $235.00 | $306.58 | $345.00 | $301.57 | $302.45 | $287.43 |
| Virginia Beach, VA | Less Than 21 Years | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | 21 or More Years | 16 | $329.25 | $353.00 | $440.00 | $390.70 | $414.53 | $391.45 |
| Washington, DC | Less Than 21 Years | 805 | $510.00 | $607.50 | $705.00 | $608.91 | $595.71 | $586.91 |
| | 21 or More Years | 1,098 | $595.00 | $706.85 | $812.39 | $698.92 | $692.36 | $665.61 |