*EPIC v. DOJ*, No. 15-cv-1955 (TSC)
EPIC's Motion for Attorney's Fees and Costs

# Exhibit G

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br><br>    Plaintiff,<br>    v.<br><br>DEPARTMENT OF JUSTICE<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 1:15-cv-1955-TSC<br>)<br>)<br>)<br>)<br>) |

## BILL OF FEES AND COSTS

Underlying FOIA Work
(Nov. 2, 2015 through Jan. 29, 2016), 34.2 hours:                    $15,117.60

Fees on fees
(Feb. 1, 2016 through April 4, 2016), 17.8 hours:                    $7,417.30

SUBTOTAL (all fees):                                                 $22,534.90
Discount factor (5%)                                                 ($ 1,126.75)
**TOTAL DISCOUNTED FEES:**                                          **$21,408.15**

District Court filing fee                                            $400.00
**TOTAL COSTS:**                                                    **$400.00**

**GRAND TOTAL:**                                                    **$21,808.15**

# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**EPIC v. Department of Justice (15-1955)**
**Billing Records**

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 11/2/2015 | John Tran | 2.5 | $331.00 | $827.50 |
| | **Description:** Draft and edit complaint | | | |
| 11/3/2015 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Conference to discuss complaint (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 11/3/2015 | John Tran | 0.2 | $331.00 | $66.20 |
| | **Description:** Conference to discuss complaint (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 11/3/2015 | Marc Rotenberg | 0.2 | $796.00 | $159.20 |
| | **Description:** Conference to discuss complaint (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 11/4/2015 | Alan Butler | 0.5 | $406.00 | $203.00 |
| | **Description:** Edit complaint | | | |
| 11/4/2015 | Marc Rotenberg | 0.5 | $796.00 | $398.00 |
| | **Description:** Edit complaint | | | |
| 11/4/2015 | John Tran | 1.2 | $331.00 | $397.20 |
| | **Description:** Edit complaint | | | |
| 11/4/2015 | John Tran | 0.7 | $331.00 | $231.70 |
| | **Description:** File complaint and associated documents via ECF | | | |
| 11/5/2015 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** File notices of appearance | | | |
| 12/7/2015 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 12/7/2015 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |

## Case Billing Record

# Electronic Privacy Information Center (EPIC)

### 1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**EPIC v. Department of Justice (15-1955)**
**Billing Records**

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 12/7/2015 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 12/17/2015 | Aimee Thomson | 3.8 | $180.00 | $684.00 |
| | **Description:** Research and prepare memo, default judgment | | | |
| 12/18/2015 | Aimee Thomson | 1.0 | $180.00 | $180.00 |
| | **Description:** Research and prepare memo, default judgment | | | |
| 12/21/2015 | Aimee Thomson | 1.8 | $180.00 | $324.00 |
| | **Description:** Research and prepare memo, default judgment | | | |
| 12/28/2015 | John Tran | 3.0 | $331.00 | $993.00 |
| | **Description:** Draft motion for default judgment | | | |
| 12/29/2015 | John Tran | 1.0 | $331.00 | $331.00 |
| | **Description:** Draft motion for default judgment | | | |
| 1/4/2016 | John Tran | 0.5 | $331.00 | $165.50 |
| | **Description:** Edit motion for default judgment | | | |
| 1/5/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 1/5/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 1/5/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 1/5/2016 | John Tran | 0.3 | $331.00 | $99.30 |
| | **Description:** Edit motion for default judgment | | | |

# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**EPIC v. Department of Justice (15-1955)**
**Billing Records**

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 1/5/2016 | Alan Butler | 1.5 | $406.00 | $609.00 |
| | **Description:** Edit motion for default judgment | | | |
| 1/5/2016 | Marc Rotenberg | 0.7 | $796.00 | $557.20 |
| | **Description:** Review and edit motion for default judgment | | | |
| 1/6/2016 | John Tran | 0.2 | $331.00 | $66.20 |
| | **Description:** File motion for default judgment | | | |
| 1/6/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Review motion for default judgment | | | |
| 1/6/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review motion for default judgment | | | |
| 1/6/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review motion for default judgment | | | |
| 1/7/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 1/7/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 1/7/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 1/8/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 1/8/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |

# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

### EPIC v. Department of Justice (15-1955)
### Billing Records

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 1/8/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 1/19/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 1/19/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 1/19/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 1/20/2016 | Marc Rotenberg | 0.3 | $796.00 | $238.80 |
| | **Description:** Conference to discuss response to motion for extension (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 1/20/2016 | John Tran | 0.3 | $331.00 | $99.30 |
| | **Description:** Conference to discuss response to motion for extension (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 1/20/2016 | Alan Butler | 0.3 | $406.00 | $121.80 |
| | **Description:** Conference to discuss response to motion for extension (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 1/20/2016 | John Tran | 0.2 | $331.00 | $66.20 |
| | **Description:** E-Mail to opposing counsel re: default judgment motion (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 1/20/2016 | Marc Rotenberg | 0.2 | $796.00 | $159.20 |
| | **Description:** Review email to opposing counsel re: default judgment motion (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 1/20/2016 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Review email to opposing counsel re: default judgment motion (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 1/20/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: J. Tran, A. Butler) | | | |

## Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

### EPIC v. Department of Justice (15-1955)
### Billing Records

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 1/20/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 1/20/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 1/22/2016 | John Tran | 1.6 | $331.00 | $529.60 |
| | **Description:** Draft and file opposition to extension | | | |
| 1/22/2016 | Marc Rotenberg | 1.1 | $796.00 | $875.60 |
| | **Description:** Review Opposition to extension | | | |
| 1/22/2016 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Review Opposition to extension | | | |
| 1/22/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 1/22/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 1/22/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 1/24/2016 | Marc Rotenberg | 3.5 | $796.00 | $2,786.00 |
| | **Description:** Research for status conference | | | |
| 1/25/2016 | Marc Rotenberg | 1.1 | $796.00 | $875.60 |
| | **Description:** Research for status conference | | | |
| 1/25/2016 | Marc Rotenberg | 0.2 | $796.00 | $159.20 |
| | **Description:** Review communication from opposing counsel | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

### EPIC v. Department of Justice (15-1955)
### Billing Records

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 1/25/2016 | John Tran | 0.2 | $331.00 | $66.20 |
| | **Description:** Review communication from opposing counsel | | | |
| 1/27/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference to discuss setting aside status conference (Other EPIC staff present: J. Tran) | | | |
| 1/27/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference to discuss setting aside status conference (Other EPIC staff present: A. Butler) | | | |
| 1/27/2016 | John Tran | 0.5 | $331.00 | $165.50 |
| | **Description:** Edit joint motion to vacate entry of default | | | |
| 1/27/2016 | Marc Rotenberg | 0.8 | $796.00 | $636.80 |
| | **Description:** Edit joint motion to vacate entry of default | | | |
| 1/27/2016 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Review joint motion to vacate entry of default | | | |
| 1/27/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Tele-Conference with opposing counsel | | | |
| 1/28/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** E-Mail opposing counsel regarding joint motion to vacate | | | |
| 1/28/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review communication to opposing counsel regarding joint motion to vacate (Other EPIC staff present: A. Butler) | | | |
| 1/28/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review communication to opposing counsel regarding joint motion to vacate (Other EPIC staff present: M. Rotenberg) | | | |
| 1/29/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: J. Tran, A. Butler) | | | |

# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**EPIC v. Department of Justice (15-1955)**
**Billing Records**

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 1/29/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 1/29/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review Minute Order  (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 2/1/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 2/1/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 2/1/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 2/8/2016 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Review email to opposing counsel regarding fee negotiations | | | |
| 2/17/2016 | Marc Rotenberg | 0.2 | $796.00 | $159.20 |
| | **Description:** Conference to discuss fee negotiations with agency (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 2/17/2016 | John Tran | 0.2 | $331.00 | $66.20 |
| | **Description:** Conference to discuss fee negotiations with agency (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 2/17/2016 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Conference to discuss fee negotiations with agency (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 2/17/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** E-Mail opposing counsel | | | |
| 2/17/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review communication to opposing counsel (Other EPIC staff present: A. Butler) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

### EPIC v. Department of Justice (15-1955)
### Billing Records

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 2/17/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review communication to opposing counsel (Other EPIC staff present: M. Rotenberg) | | | |
| 2/17/2016 | Marc Rotenberg | 0.3 | $796.00 | $238.80 |
| | **Description:** Review billing records (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 2/17/2016 | John Tran | 0.5 | $331.00 | $165.50 |
| | **Description:** Review billing records (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 2/17/2016 | Alan Butler | 0.3 | $406.00 | $121.80 |
| | **Description:** Review billing records (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 2/17/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review email from opposing counsel (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 2/17/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Review email from opposing counsel (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 2/17/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review email from opposing counsel (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 2/25/2016 | John Tran | 0.2 | $331.00 | $66.20 |
| | **Description:** E-Mail to opposing counsel | | | |
| 2/25/2016 | Marc Rotenberg | 0.2 | $796.00 | $159.20 |
| | **Description:** Review JSR and proposed order (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 2/25/2016 | John Tran | 0.2 | $331.00 | $66.20 |
| | **Description:** Review JSR and proposed order (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 2/25/2016 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Review JSR and proposed order (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

### EPIC v. Department of Justice (15-1955)
### Billing Records

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 2/25/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review communication to opposing counsel (Other EPIC staff present: M. Rotenberg) | | | |
| 2/25/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review communication to opposing counsel (Other EPIC staff present: A. Butler) | | | |
| 2/26/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Review communication with opposing counsel (Other EPIC staff present: A. Butler) | | | |
| 2/26/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Review communication with opposing counsel (Other EPIC staff present: M. Rotenberg) | | | |
| 3/15/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 3/15/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 3/15/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 3/22/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 3/22/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 3/22/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 3/29/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**EPIC v. Department of Justice (15-1955)**
**Billing Records**

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 3/29/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 3/29/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 3/29/2016 | John Tran | 2.5 | $331.00 | $827.50 |
| | **Description:** Draft fee motion | | | |
| 3/30/2016 | John Tran | 3.0 | $331.00 | $993.00 |
| | **Description:** Draft fee motion | | | |
| 3/31/2016 | John Tran | 2.0 | $331.00 | $662.00 |
| | **Description:** Edit fee motion | | | |
| 4/1/2016 | Alan Butler | 1.5 | $406.00 | $609.00 |
| | **Description:** Edit motion for attorneys' fees and costs | | | |
| 4/1/2016 | Marc Rotenberg | 0.8 | $796.00 | $636.80 |
| | **Description:** Review fee motion | | | |
| 4/4/2016 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 4/4/2016 | John Tran | 0.2 | $331.00 | $66.20 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 4/4/2016 | Marc Rotenberg | 0.2 | $796.00 | $159.20 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 4/4/2016 | John Tran | 1.5 | $331.00 | $496.50 |
| | **Description:** Edit fee motion and exhibits | | | |

Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**EPIC v. Department of Justice (15-1955)
Billing Records**

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 4/4/2016 | John Tran | 0.6 | $331.00 | $198.60 |
| | **Description:** File fee motion | | | |
| 4/4/2016 | Marc Rotenberg | 0.2 | $796.00 | $159.20 |
| | **Description:** Review declaration for fee motion (Other EPIC staff present: A. Butler) | | | |
| 4/4/2016 | Alan Butler | 0.2 | $406.00 | $81.20 |
| | **Description:** Review declaration for fee motion (Other EPIC staff present: M. Rotenberg) | | | |

**Total Hours:  52**                              **Total Amount:    $22,534.90**