IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER <br><br> Plaintiff, <br> v. <br><br> DEPARTMENT OF JUSTICE <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 1:15-cv-01955-TSC |

### AFFIDAVIT OF MARC ROTENBERG

1. My name is Marc Rotenberg, and all statements made herein are true, and based on my personal knowledge.

2. I am an adult resident of the District of Columbia.

3. I am employed by the Electronic Privacy Information Center (EPIC), and I am the President of EPIC.

4. I am a 1987 graduate of Stanford Law School.

5. I am a member in good standing of the Bar of the District of Columbia (admitted 1990), the Bar of Massachusetts (1987), the U.S. Supreme Court (1991), the U.S. Court of Appeals - 1st Circuit (2005), the U.S. Court of Appeals – 2nd Circuit (2010), the U.S. Court of Appeals - 3rd Circuit (1991), the U.S. Court of Appeals - 4th Circuit (1992), the U.S. Court of Appeals - 5th Circuit (2005), the U.S. Court of Appeals – 7th Circuit (2011), the U.S. Court of Appeals – 9th Circuit (2011), and the U.S. Court of Appeals - D.C. Circuit (1991).

6. I am the coauthor of *Information Privacy Law, Third Edition* (Aspen 2016), a leading casebook on privacy law, and coeditor of *Litigation Under the Federal Open Government Laws* (EPIC 2010), a leading practice manual on the Freedom of Information Act.

7. I am an Adjunct Professor at Georgetown University Law Center where I have taught Information Privacy Law continuously since 1990, and The Law of Open Government since 2012.

8. I performed 12.3 hours of work on behalf of EPIC in the above-captioned matter.

9. I was licensed to practice law for the entirety of the time spent on this matter.

10. This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2016.

_____
Marc Rotenberg