# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) | No. 1:15-cv-01955-TSC |
| DEPARTMENT OF JUSTICE | ) ) ) |  |
| Defendant. | ) ) |  |

## AFFIDAVIT OF T. JOHN TRAN

1.  My name is Thailam John Tran, and all statements made herein are true, and based on my personal knowledge.

2.  I am an adult resident of the District of Columbia.

3.  I am a 2014 graduate of the Georgetown University Law Center.

4.  I am a member in good standing of the DC Bar, and was licensed to practice law during the entirety of the time spent in this matter.

5.  I am currently employed by the Electronic Privacy Information Center (EPIC) as the EPIC FOIA Counsel.

6.  I performed 25.1 hours of work on behalf of EPIC in the above-captioned matter.

7.  This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

8.  I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2016.

_____
T. John Tran