### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY
INFORMATION CENTER

    Plaintiff,

    v.

DEPARTMENT OF JUSTICE

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:15-cv-01955-TSC

### AFFIDAVIT OF AIMEE D. THOMSON

1.    My name is Aimee D. Thomson, and all statements made herein are true, and based on my personal knowledge.

2.    I am an adult resident of Maryland.

3.    I am a 2015 graduate of NYU School of Law.

4.    I am currently employed by the Electronic Privacy Information Center (EPIC) as Appellate Advocacy Counsel.

5.    I am currently a member in good standing of the New York Bar, but was not yet licensed to practice law for the entirety of this matter. I have thus billed my time at the *Laffey* Matrix's law clerk rate.

6.    I performed 6.6 hours of work on behalf of EPIC in this matter.

7.    This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

8.    I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2016.



Aimee D. Thomson