IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br>v. )<br><br>UNITED STATES DEPARTMENT OF JUSTICE )<br><br>Defendant. ) | No. 1:15-cv-01955-TSC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Attorney's Fees and Costs, as well as any opposition and reply thereto, it is hereby

ORDERED that Plaintiff's Motion is GRANTED, and it is further

ORDERED that Defendant pay Plaintiff's attorney's fees and costs in this matter in the amount of $21,808.15 within thirty (30) days of the date of this order, and it is further

ORDERED that, given the parties' stipulation that no further issues are in dispute, the case is now CLOSED.

So ordered on this _____ day of _____, 2016.

---

TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE